# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br> Plaintiff, <br><br> v. <br><br> GEORGE W. AGAK, <br> Defendant. | CV 19-2297 DSF (AGRx) <br><br> Order REMANDING Case to State Court |

    Defendant has filed an ex parte application to remand the case to state court. For the reasons given in the Court's April 1, 2019 order, the application is GRANTED. The case is REMANDED to the Superior Court of California, County of Ventura.

    IT IS SO ORDERED.

Date: April 5, 2019

                                                               Dale S. Fischer <br>
                                                               United States District Judge